

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Kevin J. Maggio*
*Assistant United States Attorney*
*Senior Trial Counsel, Civil Division*

*401 Market Street, 4th Floor*       *Main: (856) 757-5105*
*P.O. Box 2098*                        *Direct: (973) 986-6708*
*Camden, NJ 08101*                     *kevin.maggio@usdoj.gov*

July 27, 2026

**<u>Via Electronic Filing</u>**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> **Re:**  ***Atlantic City Linen Supply, LLC v. United States Small Business Administration, et al.*, No. 24-cv-10937 (ESK) (EAH)**
> **Supplemental Authority in Further Support of Federal Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment**

Dear Judge Kiel:

This Office represents Defendants U.S. Small Business Administration ("SBA") and Kelly Loeffler,[1] in her official capacity as the Administrator of SBA (collectively, the "Federal Defendants"), in the above-referenced action brought under the Administrative Procedure Act ("APA"). We respectfully write to notify the Court of supplemental authority that further supports the Federal Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 46).

The Federal Defendants filed their Opening and Opposition Brief (ECF No. 46-1) on January 9, 2026, and their Reply Brief (ECF No. 49) on April 9, 2026. In further support thereof, the Federal Defendants respectfully refer the Court to two developments that bear on the issues currently pending before the Court on the Parties' summary judgment briefing.

---

[1] Administrator Loeffler has been automatically substituted for former SBA Administrator Isabella Casillas Guzman. *See* Fed. R. Civ. P. 25(d).

Hon. Edward S. Kiel, U.S.D.J.
July 27, 2026
Page 2

*First*, on March 6, 2026, the United States Court of Appeals for the Fifth Circuit denied Plaintiff-Appellant's petition for rehearing in *Shop Rite Inc. v. U.S. Small Business Administration*, No. 25-30028 (5th Cir. Mar. 6, 2026), ECF No. 80 (Court Order).  Additionally, on April 9, 2026, the Supreme Court of the United States denied Plaintiff-Appellant's petition for a writ of certiorari in that appeal. *Id.*, ECF No. 82 (Supreme Court Order).

*Second*, on July 15, 2026, the United States District Court for the District of Hawaii issued an order denying United Laundry Services, LLC's motions for summary judgment and granting the SBA's cross-motions for summary judgment. *United Laundry Servs., LLC v. U.S. Small Bus. Admin.*, Nos. 24-cv-516, 24-cv-517, 2026 WL 2049809 (D. Haw. July 15, 2026).  As discussed in the Federal Defendants' Opening and Opposition Brief, United Laundry Services, LLC, is an affiliate of AC Linen who filed nearly identical complaints challenging the SBA's decisions to deny its loan forgiveness applications.  Fed. Defs.' Opening & Opp. Br., ECF No. 46-1 at 14 n.2.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Kevin J. Maggio*
KEVIN J. MAGGIO
Assistant United States Attorney
Senior Trial Counsel, Civil Division
*Attorneys for the Federal Defendants*

cc:    All counsel of record (*via electronic filing*)